IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELMORE S. WELCH, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 16-0618-CG-N |
| | ) |
| ATMORE COMMUNITY HOSPITAL, | ) |
| | ) |
|    Defendant. | ) |

### ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation (Doc. 7) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated February 17, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 12(h)(3) for lack of subject-matter jurisdiction.

Final judgment shall be entered by separate document in accordance with Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 6th day of March, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE