IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELMORE S. WELCH, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 16-0618-CG-N |
| | ) |
| ATMORE COMMUNITY HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant and against the Plaintiff, such that all claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**DONE and ORDERED** this 6th day of March, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE